| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Jade Photech Corporation** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA |
| Case number (if known) | **20-68878** |

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **August 17, 2020**    X **/s/ Brian Rooker**
Signature of individual signing on behalf of debtor

**Brian Rooker**
Printed name

**CEO, Secretary**
Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Jade Photech Corporation** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA |
| Case number (if known) | **20-68878** |

☐ Check if this is an amended filing

Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

### Part 1:   Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................................... $ **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................................. $ **264,661.23**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................................................... $ **264,661.23**

### Part 2:   Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................. $ **0.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................ $ **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$ **13,615,217.80**

4. **Total liabilities** ........................................................................................................................
   Lines 2 + 3a + 3b       $ **13,615,217.80**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Jade Photech Corporation** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA |
| Case number (if known) | **20-68878** |

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:** Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Wells Fargo Bank** | **Checking** | 5216 | **$7,825.94** |
| 3.2. | **Wells Fargo Bank** | **Savings** | 8208 | **$0.29** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** $7,826.23
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:** Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☒ No. Go to Part 3.
   ☐ Yes Fill in the information below.

**Part 3:** Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☒ No. Go to Part 4.
    ☐ Yes Fill in the information below.

**Part 4:** Investments

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 1

Debtor    **Jade Photech Corporation**                                    Case number *(If known)*  **20-68878**
          Name

**13. Does the debtor own any investments?**

  ■ No.  Go to Part 5.
  ☐ Yes Fill in the information below.

### Part 5:       Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

  ■ No.  Go to Part 6.
  ☐ Yes Fill in the information below.

### Part 6:       Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

  ■ No.  Go to Part 7.
  ☐ Yes Fill in the information below.

### Part 7:       Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

  ☐ No.  Go to Part 8.
  ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>**Office Equipment** | $0.00 | Replacement | $10,000.00 |

| | |
|---|---|
| 40. | **Office fixtures** |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles |
| 43. | **Total of Part 7.**                                                                                         $10,000.00<br>Add lines 39 through 42.  Copy the total to line 86. |
| 44. | **Is a depreciation schedule available for any of the property listed in Part 7?**<br>■ No<br>☐ Yes |
| 45. | **Has any of the property listed in Part 7 been appraised by a professional within the last year?**<br>■ No<br>☐ Yes |

### Part 8:       Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

  ☐ No.  Go to Part 9.
  ■ Yes Fill in the information below.

| Debtor | **Jade Photech Corporation** | | Case number *(If known)* **20-68878** |
|---|---|---|---|
| | Name | | |

| | **General description**<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| | 47.1. Rosenthal Cutter/Slitter Machine; Purchased in 4th QTR 2015; Value based on original purchase price. | $0.00 | Replacement | $246,835.00 |
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. | **Aircraft and accessories** | | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 51. | **Total of Part 8.**<br>Add lines 47 through 50. Copy the total to line 87. | | | $246,835.00 |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
 ■ No
 ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
 ■ No
 ☐ Yes

**Part 9:   Real property**

54. **Does the debtor own or lease any real property?**

 ■ No. Go to Part 10.
 ☐ Yes Fill in the information below.

**Part 10:   Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

 ☐ No. Go to Part 11.
 ■ Yes Fill in the information below.

| | **General description** | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. | **Internet domain names and websites** | | | |
| 62. | **Licenses, franchises, and royalties**<br>License to use patent | $0.00 | | Unknown |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property**<br>Joint Venture Agreement, Titled: Lindar / Jade Photech Joint Venture Agreement | $0.00 | | Unknown |

Debtor **Jade Photech Corporation**  
Name

Case number *(If known)* **20-68878**

65. **Goodwill**

66. **Total of Part 10.**  
Add lines 60 through 65. Copy the total to line 89.                                         **$0.00**

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**  
■ No  
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**  
■ No  
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**  
■ No  
☐ Yes

### Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**  
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.  
■ Yes Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**  
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**  
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**  
**Claims Against: Giulio Gianturco, Individually, and as Manager of: GSR-JP LLC; GMG INVESTMENT PARTNERS, LP; GSR INVESTMENT PARTNERS, LP; LFG INVESTMENT PARTNERS; and GSR INVESTMENT PARTNERS LLC; Suzette Gianturco, Individually; LINDAR Corporation; Thomas Haglin; AVANTECH MANUFACTURING, Dr. David Jacobsen, JACOTECH, LENTICLEAR LENTICULAR LENS, INC., and Seyfarth Shaw LLP**                                                                                                                                                                                                                         **Unknown**

| Nature of claim | Civil |
|---|---|
| Amount requested | $0.00 |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

| Debtor | **Jade Photech Corporation** | Case number *(If known)* **20-68878** |
|---|---|---|
| | Name | |

78. **Total of Part 11.**                                                                                                      **$0.00**

    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

Debtor **Jade Photech Corporation**
Name

Case number *(If known)* **20-68878**

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $7,826.23 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $10,000.00 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $246,835.00 | |
| 88. | **Real property.** *Copy line 56, Part 9.........................................................................>* | | $0.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. | **Total.** Add lines 80 through 90 for each column | $264,661.23 | + 91b.    $0.00 |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $264,661.23 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Jade Photech Corporation** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA |
| Case number (if known) | 20-68878 |

☐ Check if this is an amended filing

Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name: **Jade Photech Corporation**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF GEORGIA**

Case number (if known): **20-68878**

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.
   ☐ Yes. Go to line 2.

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>**Brian Rooker**<br>**6611 Bay Circle**<br>**Suite 120**<br>**Norcross, GA 30071**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Purposes**<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| **3.2** | **Nonpriority creditor's name and mailing address**<br>**Doeve Law Firm, LLC**<br>**912 Killian Hill Rd**<br>**Suite 202A**<br>**Lilburn, GA 30047**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Notice Purposes**<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| **3.3** | **Nonpriority creditor's name and mailing address**<br>**Gianturco, Giulio**<br>**3639 Tuxedo Rd NW**<br>**Atlanta, GA 30305**<br><br>Date(s) debt was incurred **2020**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Disputed Creditor, Notice Purposes, RE: Loan and Forbearance Agreement, c/o Syfarth Shaw**<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| **3.4** | **Nonpriority creditor's name and mailing address**<br>**Gianturco, Suzette**<br>**3639 Tuxedo Rd NW**<br>**Atlanta, GA 30305**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Disputed Creditor, Notice Purposes, RE: Loan and Forbearance Agreement, c/o Syfarth Shaw**<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| Debtor | Jade Photech Corporation | Case number (if known) | 20-68878 |
|---|---|---|---|
| | Name | | |

| 3.5 | **Nonpriority creditor's name and mailing address**<br>**GSR-JP, LLC**<br>**c/o Seyfarth Shaw LLP**<br>**1075 Peachtree St NE, Ste 2500**<br>**Atlanta, GA 30309-3958**<br>Date(s) debt was incurred **2020**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: **Loan Agreement**<br>Is the claim subject to offset? ■ No ☐ Yes | $7,229,904.80 |
|---|---|---|---|
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**Ivey Law Firm, LLC**<br>**3020 Roswell Rd**<br>**Suite 250**<br>**Marietta, GA 30062**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Notice Purposes**<br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**Jade Photech Ltd HK**<br>**6611 Bay Circle**<br>**Suite 120**<br>**Norcross, GA 30071**<br>Date(s) debt was incurred **2015**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Promisorry Note between Jade Photech US and JP Ltd HK/Photon 3d Ltd HK**<br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**Jade Photech Ltd HK**<br>**c/o Jerry Nims, Director**<br>**6611 Bay Circle, Suite 120**<br>**Norcross, GA 30071**<br>Date(s) debt was incurred **2015**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Notice Purposes; Promisorry Note between Jade Photech US and JP Ltd HK/Photon 3d Ltd HK**<br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**Jade Universe China, Ltd.**<br>**6611 Bay Circle**<br>**Suite 120**<br>**Norcross, GA 30071**<br>Date(s) debt was incurred **2014**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Promissory Note between Jade Phototech US and Jade Universe China Ltd.**<br>Is the claim subject to offset? ■ No ☐ Yes | $1,142,713.00 |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>**Jade Universe China, Ltd.**<br>**c/o Jerry Nims, Director**<br>**6611 Bay Circle, Suite 120**<br>**Norcross, GA 30071**<br>Date(s) debt was incurred **2014**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Notice Purposes; Promissory Note between Jade Phototech US and Jade Universe China Ltd.**<br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>**Jerry Nims**<br>**6611 Bay Circle**<br>**Suite 120**<br>**Norcross, GA 30071**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Notice Purposes**<br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| Debtor | Jade Photech Corporation | Case number (if known) | 20-68878 |
|---|---|---|---|
| | Name | | |

| 3.12 | **Nonpriority creditor's name and mailing address**<br>LINDAR Corporation<br>7789 Hastings Road<br>Baxter, MN 56425<br><br>Date(s) debt was incurred **2020**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Notice Purposes**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |
|---|---|---|---|
| 3.13 | **Nonpriority creditor's name and mailing address**<br>Photon3D, Ltd.<br>6611 Bay Circle<br>Suite 120<br>Norcross, GA 30071<br><br>Date(s) debt was incurred **2015**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Promisorry Note between Jade Photech US and JP Ltd HK/Photon 3d Ltd HK**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$5,242,600.00** |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>Photon3D, Ltd.<br>c/o Jerry Nims, Director<br>6611 Bay Circle, Suite 120<br>Norcross, GA 30071<br><br>Date(s) debt was incurred **2015**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Notice Purposes; Promisorry Note between Jade Photech US and JP Ltd HK/Photon 3d Ltd HK**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |

### Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a.  $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + $ | 13,615,217.80 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c.  $ | 13,615,217.80 |

**Fill in this information to identify the case:**

Debtor name: **Jade Photech Corporation**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number (if known): **20-68878**

☐ Check if this is an amended filing

Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest — **Licensing Agreement** | |
| State the term remaining | |
| List the contract number of any government contract | Jade Photech Ltd HK<br>6611 Bay Circle<br>Suite 120<br>Norcross, GA 30071 |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest — **Joint Venture Agreement** | |
| State the term remaining | |
| List the contract number of any government contract | LINDAR Corporation<br>7789 Hastings Road<br>Baxter, MN 56425 |

**Fill in this information to identify the case:**

Debtor name: **Jade Photech Corporation**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number (if known): 20-68878

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**   *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | | Street / City / State / Zip Code | | ☐ D / ☐ E/F / ☐ G |
| 2.2 | | Street / City / State / Zip Code | | ☐ D / ☐ E/F / ☐ G |
| 2.3 | | Street / City / State / Zip Code | | ☐ D / ☐ E/F / ☐ G |
| 2.4 | | Street / City / State / Zip Code | | ☐ D / ☐ E/F / ☐ G |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Georgia

In re **Jade Photech Corporation**   Case No. **20-68878**
Debtor(s)   Chapter **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ 4,165.00 |
   | Prior to the filing of this statement I have received | $ 4,165.00 |
   | Balance Due | $ 0.00 |

2. The source of the compensation paid to me was:

   ■ Debtor   ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor   ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. [Other provisions as needed]
      **Representation of the debtor(s) at the first (1st) meeting of creditors. The client(s) have been informed and understand that certain tasks with the client's case, including but not limited to representation at the First Meeting of Creditors Hearing (341 Hearing) may be contracted out to attorneys that are not associate attorneys of Coleman Legal Group, LLC. Clients authorizes such delegations at the attorney's discretion.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding. Negotiations with secured creditors to reduce to market value; exemption planning; preparation, review, signing and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods; prepration and filing of motions to avoid liens / judgments on real property or personal propery; any court hearing(s) other than the Scheduled 341 Meeting of Credtiors; Rule 2004 Depositions; exemptions planning; any amendment to any document filed in the case; letters to credtiors or any other party of interest to the bankruptcy case after the discharge and closing of the case. Client(s) has/have entered into and signed an hourly rate attorney-client agreement. Clients' case is not flat rate in accordance with the signed attorney-client agreement.**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**August 17, 2020**   **/s/ Danny Coleman, MBA, Atty**
*Date*   **Danny Coleman, MBA, Atty 177427**
   *Signature of Attorney*
   **Coleman Legal Group, LLC**
   **5755 North Point Pkwy**
   **Suite 51**
   **Alpharetta, GA 30022**
   **478-285-7768**
   **attorney@dcolemanlaw.com**
   *Name of law firm*

---

# United States Bankruptcy Court
## Northern District of Georgia

In re  **Jade Photech Corporation**                                      Case No.  **20-68878**
                                Debtor(s)                                Chapter  **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Jade Photech Corporation**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **August 17, 2020** | **/s/ Danny Coleman, MBA, Atty** |
| Date | **Danny Coleman, MBA, Atty 177427** |
| | Signature of Attorney or Litigant |
| | Counsel for  **Jade Photech Corporation** |
| | **Coleman Legal Group, LLC** |
| | **5755 North Point Pkwy** |
| | **Suite 51** |
| | **Alpharetta, GA 30022** |
| | **478-285-7768** |
| | **attorney@dcolemanlaw.com** |